MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ACADIA L. SENESE (CABN 251287)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6809
    FAX: (415) 436-7234
    acadia.senese@usdoj.gov

Attorneys for United States of America

FILED
FEB 13 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-0287 JST |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA HEARING |
| BRADY BELL, et al., | |
| Defendant. | |

    The above-captioned matter is set on February 14, 2014 at 2:00 p.m. before this Court for a change of plea. However, despite the parties' best efforts to resolve this matter expeditiously, the parties need additional time to confer and the government needs additional time to secure the requisite approvals for a proposed disposition. Undersigned counsel conferred with the Court's deputy clerk and the earliest next available date that is agreeable to all a parties is March 28, 2014 at 9:30 a.m.. Accordingly, the parties hereby stipulate to continue the status conference from February 14, 2014 to March 28, 2014 at 9:30 a.m.

    The parties further stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties agree that the failure to grant this continuance would unreasonably deny defendant effective preparation of counsel.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA HEARING
CR 13-0287 JST

Accordingly, the parties agree that the period of time from February 14, 2014 to March 28, 2014 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

DATED: February 13, 2014                    Respectfully submitted,

MELINDA HAAG
United States Attorney

/S/
ACADIA L. SENESE
Assistant United States Attorney

DATED: February 13, 2014                    /S/
GAIL SHIFMAN
Counsel for Mr. Brady Bell

## ORDER

Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED that the hearing date of February 14, 2014, scheduled at 2:00 p.m.., is vacated and reset to March 28, 2014, at 9:30 a.m. for a change of plea hearing. It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from February 14, 2014 to March 28, 2014, for effective preparation of counsel.

DATED: 2/13/14

HONORABLE JON S. TIGAR
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA HEARING
CR 13-0287 JST